UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br>Plaintiff,<br>v.<br>CANELA, et al.,<br>Defendants. | No. 2:26-cv-1517-DAD-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has not paid the court's filing fee. He requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 3. Review of court records reveals that plaintiff has been found to be a "three strikes" litigant under 28 U.S.C. § 1915(g) because, on at least three occasions, lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. *Allen v. Perez*, E.D. Cal. Case No. 2:17-cv-01384-TLN-EFB (ECF Nos. 14, 15).

Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff alleges that correctional officers at California Health Care Facility assaulted him, denied him

medical care after the assault, and fabricated a report about the incident that resulted in "extra time to [plaintiff's] sentence." ECF No. 1. Plaintiff is no longer housed at CHCF and has not alleged any other facts which suggest that he is under imminent danger of serious physical injury. Thus, plaintiff must submit the appropriate filing fee to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: August 31, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE